**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01550-CV

### 21ST MORTGAGE CORPORATION, Appellant

### V.

### STEWART TITLE GUARANTY COMPANY, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09919**

## ORDER

The clerk's record in this case is overdue. By postcard dated November 15, 2012, we notified the district clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for the record. *We notifiy appellant that if we receive verification of nonpayment, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic tranmission, to the following:

Gary Fitzsimmons
Dallas County District Clerk


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE